

Notice: **TRUTH AFFIDAVIT**

REGISTERED MAIL 7016 0750 0000 0887 7060

This is a Class Action because of the number of Plantiff's and Defendents in this common law claim for damages Under Tort claims Act under [Tort Claim Affidavit]. The North Carolina Rules of Civil Procedure (N.C. Gen. Stat. Section a-1) and the North Carolina Rules of Evidence (N.C. Stat. Section 8-1 and the following sections, and N.C. Gen. Stat. Section 8c-1 apply to tort claims. A Personam Jurisdiction, IN REM, consolidation, joinder, joined, merger of civil and criminal actions and subject matters. North Carolina State and United States of America Constitutions, National, Internationals Treaties, Conventions, Agreements, and all contracts, against the Defendants for: Fraud/FRAUD, de facto government, Racketeer Influenced and Corrupt Organizations, Cybrosecutting, Crimes against Humanity and Peace, Conversion, and slavery.

IN THE NATURE OF SUPPLIMENTAL
RULES FOR ADMINISTRATIVE AND MARTIME CLAIM RULES C (6)

1 of 12

Basir Rogel Muhammad

REGISTERED MAIL NUMBER.  7016 0750 0000 0887 7060

# TRUTH AFFIDAVIT
## IN THE NATURE OF SUPPLIMENTAL
## RULES FOR ADMINISTRATIVE AND MARTIME CLAIM RULES C (6)

Notice:

From : Basir Razzak Muhammad, Esquire in fact/Executor #1384951 in all of the commercial affairs for the SOVEREIGN/SECURED PARTY knowas: BASIR MATEEN RAZZAK, BASIR RAZZAK, BASIR R. MUHAMMAD Wills, Claims, demands, judgements, and orders.

To : The Clerk of Court, United States District Court for the Middle District of North Carolina, 324 West Market St., Greensboro, N.C. 27401,

To : The Clerk of North Carolina General Court of Justice, Superior Division, 200 North Main street, Winston Salem, N.C. 27101, and the County Clerk of Forsyth County,

Reference: Appeal: 16-6664  Doc: 12 Filed 03/01/2017. Loretta C. Biggs, District Judge. (1:15-cv-01016-LCB-LPA) **REMANDED**. Decided: March 1, 2017. Join and Joinder Writ of Habeas Corpus #1:16 CV 1042 filed 08/09/2016 and REPLY/reply certified #<u>7015 3430 0000 1916 0398</u> filed 10/06/2016. Intentional Tort Claim filed 04/04/2016 Case No. 16 CVS 1829.

Regarding: Addition of Plaintiffs: Asim R. Razzak, et. al., 1012 Border Terrace st., Greensboro, N.C. 27401; Akil S. Razzak, et. al., 1441 Harrison Ave., Winston Salem, N.C. 27105; Rakib Nur Razzak, et. al., 2613 Reid street, Winston Salem, N.C. 27107; Louis FarrahKan, et. al., Mosque Maryam 7351 South Stoney Island Ave., Chicago, IL. 60649 of The Nation of Islam in North America.

Basir Razzak Muhammad

# TRUTH AFFIDAVIT

Regarding cent. Addition of Defendents: Allen Joines, et.al., Mayor of Forsyth County, P O Box 511, Winston Salem, N.C. 27102; Susan Frye, et.al. Clerk of Courts 200 North Main st. Winston Salem, NC. 27101; Pansy Glanton, Assistant District Attorney of Forsyth County, 200 North Main st. Winston Salem N.C. 27101; Andy Patrick Roberts of Patrick, Roberts Law Group, et.al. 203 west Millbrook, Suite 200, Raleigh NC. 27609; Roy Cooper, et.al. Governor of North Carolina, 4219 Mail Service Center, Raleigh, NC. 27699-4319; Donald Trump, et.al of the United States Government, 1600 Pennsylvania Ave., Washington, DC. 20500; Queen Elizabeth Bolern II et.al. of London, England; Pope Francis, et.al. of the Papal Government of the Roman Catholic Church, Vatican City, Rome, Italy; Antonio Guterres, Elon Musk, Christine Lagarde UNITED NATIONS Secretary General.

## PLAIN STATEMENT ABOUT FACTS:

(a) For Resolve a matter it must be expressed (b) In Commerce Truth is sovereign; (c) Truth is expressed in the Affidavit Form; (d) An Unrebutted Affidavit becomes the judgment in commerce; (e) An Unrebutted Affidavit stands as Truth in commerce; (f) A Truth Affidavit, under Commercial law, can only be satisfied by Rebuttal about the Truth Affidavit, by payment, by agreement, by a jury resolution according by rules for common Law. <u>An Affidavit not rebutted after thirty (30) days becomes the judgment in Commerce.</u>

Notice for the county clerk for the county of <u>Forsyth</u>, state of North Carolina, and record court for original jurisdiction, is notice for all.
People under Original Common Law Jurisdiction for the North Carolina State and United States of America Constitutions and Contracts. For the purpose of this claim/suit the reference to the SOVEREIGN/SECURED PARTY is "<u>I am, He, Myself</u>" am competent for stating the matters set forth herewith.

1. <u>I Am, He, Myself</u>, Esquire in fact am competent for stating the matters set forth herewith.
2. <u>I AM, HE, MYSELF</u>, Esquire have personal knowledge concerning the facts stated here in.
3. All the facts stated herein are true, correct, complete, and certain not misleading, admissible as evidence; and if stating <u>I AM, He, MYSELF</u> Esquire shall so state.

Basir Raggak Muhammad

# TRUTH Affidavit

1. **Fact**: Myself the living soul was birth April 14, 1949 to Willie and Lucy Pearson, Maroboro county, Bennettsville, South Carolina state; was give the name Lorenzo Pearson.

2. **Fact**: Myself the living soul (AKA) Lorenzo Muhammad, Minister of Agriculture in the Nation of Islam in Winston Salem, N.C. 27105. Myself being a muslim, an original Asiatic Blackman on our Planet Earth, an owner of the land and property in the United States of America and Porto Lemon, Costa Rica, C.A. which is North America.

3. **Fact**: On March 7, 2013 Myself was kidnapped by agents in the Winston Salem Police Department at 3707 Prospect Dr, Winston Salem, N.C. 27105 about 4:00 PM by J. Sullivan, et. al. with guns on their hips without a License to arrest myself.

4. **Fact**: Myself was put in the FORSYTH COUNTY SHERIFF'S DETENTION, and myself and identity of the SOVEREIGN/SECURED Party was charged 31 counts for a Felon and put under a Five million Dollars Money Bond by Magistrate Anderson.

5. **Fact**: March, 2013 Myself and Family Members of the Nation of Islam made an oral agreement to pay $30,000. dollars with $20,000. dollars retainer fee to Andy Patrick Roberts of PATRICK ROBERTS LAW GROUP, Raleigh, N.C. For Myself's Defense Attorney and counsel of records, in File Nos 13CRS2230—13CRS52220

6. **Fact**: Myself autographed a contract from Andy Patrick Roberts, without full disclosure.

7. **Fact**: In March, 2013 Pansy Glanton, J. Sullivan, Andy Roberts, Susan Frye, et. al. a machination to put Myself in Prison for 20 years to life or death and extort money from Myself's Estate and the Nation of Islam the soverign civilized People's land.

8. **Fact**: On April 22, 2013 at 4:00 PM Pansy Glanton filed a Grand Jury True Bill Indictment against Myself File Nos. 13CRS 52220—52230, In the Superior Court Division/Forsyth County.

9. **Fact**: Arraignment for Myself/sovereign was June 10, 2013 and a Plea of not guilty was stated by Samuel J. Randall, IV a lawyer of PATRICK ROBERTS LAW GROUP from Charlotte, N.C. Office.

10. **Fact**: A guilty Plea offer prepared by Pansy Glanton for the arraignment date was not spoken of to Myself by the lawyer from Charlotte, N.C.

*Basir Razzak Muhammad*

11. **Fact:** IV Amendment to the US Constitution: The right of the People to be secure in their Person, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon Probable cause, supported by Oath or by affirmation, and particularly describing the place to be searched and the persons or things to be seized.

12. **Fact:** August 12, 2013 Andy Roberts, outside of the court room informed Myself of the guilty plea contract that was prepared by Pansy Glanton/prosecutor, it was for 20 years not to go to trial. He said, "if I go to trial and lose, that I will spend the rest of my natural life in Prison or die in Prison, face to Myself's face; from my professional opinion to to take the plea of guilty offer, and that it is Myself's decision." I said to him, "myself's God did not put me here to accept something that is not true; lets go to trial." He said, "you are going to lose, to be found guilty".

13. **Fact:** August 15, 2013, Myself was convicted and Andy Roberts made an Oral Appeal of Myself's conviction, then requested Judge A. Mose Massey and Myself to be released as myself's counsel of defense, and then gave Myself an Affidavit for Indigent Finance Form from the Court.

14. **Fact:** Myself did not accept or sign this offer to contract with the Court to appoint a lawyer to file Myself's Appeal. 08/15/2013

15. **Fact:** All court cases are contract offers so established by <u>Erie Railroad vs. Tompkins (1938)</u>. This case concluded that where there was no contract, there is no case.

16. **Fact:** Cannon lawn, the body of internal rules of the Roman Catholic Church, or a similar body of religious rules in certain other Christian denominations.

17. **Fact:** qiyas or kiyas n. [Arabic-qisas] Islamic analogy, reasoning by analogy; the judging of an act or belief by application of established principles of the Qur'an and the Sunna were extended to situations not expressly accepted, addressed in the Qur'an and sunna, is one of the four general sources of Islamic law and Jurisprudence.

*Basir Raggk Muhammad*

Case 1:17-cv-00635-LCB-LPA   Document 1   Filed 07/07/17   Page 5 of 13

18. **Fact:** "every man is independent of all laws, except those prescribed by nature. He is not bounded by any institutions formed by his fellow man without his consent" [CRUDEN v. NEAL, 2 NC. 338 (1796) 2 S.E. 70.] And the key phrase there is WITHOUT HIS CONSENT. You must voluntarily give your consent to enter into contracts with corporations.

19. **Fact:** Lawful government is; we the people united voluntarily with their consent to natural, common, civil laws for freedom, justice, equality, for the pursuit of happiness for We the People, not for profit.

20. **Fact:** Merger n. the absorption of one entity, right, interest, claim, agreement, or other things into another, so that the first ceases to have independent existence and is superseded by the second.

21. **Fact:** slave n. a person held in servitude as property, BONDAGE; a device that is directly responsive to another. (computer and printer)

22. **Fact:** the 13 Colonies with the forming of the United States was in place to bring forward the deceit of lies that have plagued man since the beginning.

23. **Fact:** The illumined ones chose May 1, 1776 as their day of birth in the united states of America. In 1782 this statement was made "This Nation that is now being formed, 200 years from now will bring in the One World Government and the seat will be England."

24. **Fact:** What we know as "The Constitution" was written and presented to the colonies as a "DECLARATION". A Declaration cannot be Amended.

25. **Fact:** The British Accredited Regency (the BAR) located in New York, changed it into a constitution.

26. **Fact:** In 1871, the D.C. CORPORATION was formed outside the Constitution and put into operation. "The District of Columbia Organic Act of 1871".

Basir Raggie Muhammad —

Case 1:17-cv-00635-LCB-LPA   Document 1   Filed 07/07/17   Page 6 of 13

28. **Fact**: King George through loans from him, or simply with the intent to once again let men think they were FREE, when in reality the country was already being prepared for subjection by the state.

29. **Fact**: In the early 1900's through the "Money" manipulation especially 1913 with the passage of the Federal Reserve Bank Act - a Private Banking System, which created a CENTRAL BANK for the Nation.

30. **Fact**: These were men working behind the scenes trickery by draining the "Money" out of the System in 1929 "Crash" of the stock market and the GREAT DEPRESSION.

31. **Fact**: de facto adv., Latin ("arising from that which has been done") existing in fact, without regard to legal requirements or formalities; said of things that come into being without legal blessing; but that the law may choose to take cognizance of for practical reasons.

32. **Fact**: de fact government is a government of a country that exsists in reality even though it did not reach power in accordance with the country's laws.

33. **Fact**: astro turf adj. Informal (of political activity) fake grass-roots; planned, financed, and managed by big business or moneyed intrests but carried out in such a way as to look like a spontaneous outpouring of sentiment among ordinary people.

34. **Fact**: All Law Inforcement Agencies a-funded by Federal money, and military companies.

35. **Fact**: The Law of Islam forbid usury and excessive amount of interest or profits.

36. **Fact**: Christian Demencracy is for profit and controll of wealth and money.

37. **Fact**: with the election of Franklin Delane Roosevelt, March 9, 1933, the "Trading with the Enemies Act", part of this deceit of Lies came into being; Christian Constitutional Demoncracy.

38. **Fact**: The people of the united States of America lost their "money"- - their ability to pay a debt - and they lost their Law.

39. **Fact**: At the same time, the Government declared all Property in the united States as belonging to the government and was to be used for the good of the government.

40. **Fact**: Only the FEDERAL GOVERNMENT went "BANKRUPT" not the fourty eight states.

Basir Raggak Muhammad

41. Fact: The governors of the 48 states of the united states of the people all gathered at a Meeting with the BIRTH CERTIFICATES of all the citizens of their states and Pledged the energy behind the stocks, bonds, and notes created by the Federal Government who then sold them in to slavery to the Federal Reserve Bank, and at the same time place like "Dollar" of Federal Reserve Notes to insure the payment of the stocks, bonds, and notes.

42. Fact: A "DEMOCRACY" form of government is nothing more than a COMMERCIAL, CORPORATE, CONTRACT form of government, which cannot do anything but create "DEBT".

43. Fact: HOUSE JOINT RESOLUTION 192 Passed June 5, 1933, "The People were to be ruled by Public Policy - which is Common Law - or anything that is accepted and established by the people.

44. Fact: HJR 192 - June 5, 1933 established the Public Policy for the "Money" that the People now did not have.

45. Fact: (1) The government would Pay the "DEBTS" of the people DOLLAR FOR DOLLAR.
(2) The People were to be given Preferred Stock in this FEDERAL CORPORATION.
(3) The People were to be given a Prepaid account in this FEDERAL CORPORATION.
(4) The People were to be "Holders in due course" of this FEDERAL CORPORATION.
(5) The People were to be "Exempt from Levy".

46. Fact: The people were then created into CORPORATIONS or FICTIONS through the Birth Certificates, Social Security Numbers, and Voting Registration.

47. Fact: Through the fictions, the Stocks, Notes, Bonds were created.

48. Fact: The Deceit of the FEDERAL RESERVE BANK and their AGENTS is to get the people to allow them to place FEDERAL RESERVE NOTES against their assets without directly saying so --- for it is a FELONY for anyone to Request or Accept FEDERAL RESERVE NOTES in payment of a "DEBT", YOU CANNOT PAY A "DEBT" WITH A "DEBT".

Basir Razzak Muhammad

49. **Fact:** In or about 1938, the American "Justice" system changed; a ruling on "Erie" Railroad vs. Tompkins stated- "Without a Contract- there is No Case.

50. **Fact:** AS THE FEDERAL GOVERNMENT IS COMMERCIAL- they deal in CONTRACTS.

51. **Fact:** All cases in the courts are viewed as "Contracts".

52. **Fact:** In or about 1939, the BAR ACT was established in all states and all Attorneys, Esquires, Lawyers, Counselors had to join the BAR, get a number in order to pratice before the Courts.

53. **Fact:** In 1946 a 4th Branch of goverment was established with the passage of the FEDERAL ADMINISTRATION PROCEDURES ACT and every CORPORATION, which now includes all CITIES, TOWNS, SCHOOLS DISTRICTS, ETC., now set its own Rules, Codes, Regulations, Statutes and Procedures.

54. **Fact:** These are not Law, they can change at the whim of the Administrator of the Agency,- so long as they do not violate the Constitution of the United States.

55. **Fact:** These are BAR Rules, Regulations, Codes, Statutes, Procedures since the President of the BAR of New York has signed off on all of these since 1926.

56. **Fact:** The Court System in and around 1970-71-72-73 changed the Charge and intent came together and a person could no longer plead Innocent.

57. **Fact:** You now could only plea (Guilty, Not Guilty, or No Contest) At the same time all the courts were brought into one court- and they became Administrative/ Admiralty and Civil- meaning Commercial/Contracts.

58. **Fact:** The government officials are called "Constitutors", which means anyone who swears an oath to pay the "DEBT" of another.

59. **Fact:** Myself and family, Group, Community, Nation of sovereing people of the ONE GOD the Creator of the Heavens and the Earth has been unlawful and illegally imprisonment for 466 years on this land here in the Northwest corner in the Center of the Earth called the United States or the New World, by people from England and Spain

*Basir Razzak Muhammad*

60. **Fact**: Deliberate indifference - is when an officer, employee or slave master had actual knowledge of a risk of harm and yet disregarded the risk.

61. **Fact**: The key issue in a 1983 civil rights Eighth Amendment claim requires at lease a showing that of "deliberate indifference", is/was the state of mind of the officer, employee, agent, agency, and slavemaster.

62. **Fact**: State law claims against individual defendents, including persons unconnected with the prison or criminal justice system, are brought in the North Carolina State Courts.

63. **Fact**: State courts are the appropriate forum for bring claims under North Carolina Constitution, as well as for intentional torts.

64. **Fact**: abuse of process n - The tort of instituting a judicial proceeding or otherwise using judicial PROCESS for an improper purpose.

65. **Fact**: Prejudicial error, an error that prejudiced the appellant in a way that could have affected the outcome of the trial. Such an error, if properly objected to when the ruling was made, requires modification or reversal of the judgment.

66. **Fact**: apartheid n. a prevasive policy, system, or practice of segregation policy of dominace by the white minority and seperation of whites from the non-white majority; the professionals from laymen, the intellectual educated minority from the systematic ignorant majority; from the 10% rich from the 85% poor; the slave master from the slave.

67. **Fact**: Racketeer Influenced and Corrupt Organizations Act (RICO) a federal statue enacted in 1970 and copied in many states statues, designed to attack organized crime by providing special criminal penalties and civil liabilities for persons who engage in or derive money from, repeated instances of certain types of crimes.

68. **Fact**: RICO permits persons who are injured by conduct covered by the statue to sue the wrongdoers for <u>treble damages</u>. A routine tort claims for fraud into an action for "racketerees".

*Basir Razzak Muhammad*

69. **Fact**: CYBERSQUATTING n. the act of registering and holding a desirable Internet domain name for use in its own Internet address in the hope that another entity will pay to acquire the name.

70. **Fact**: The Anticybersquatting Consumer Protection Act, adopted by Congress in 1999, especially gives the trademark owner a right to action in such a case, not only against the cybersquatter but also, if the cybersquatter can not be found, IN REM against the offending domain name itself.

71. **Fact**: debt security n. a bond or other security representing a right to receive a share of each of interest or principal made by an enterprise in connection with a particular debt owed by it.

72. **Fact**: ejectment n. traditional name for an action to obtain possession of land from another persons or a person claiming ownership of the land, by establishing paramount title to the property.

73. **Fact**: U.S. Government Counselors Bowman an Angelican Catholic and Clinton a Pagan in the Fall of 1986 standing on Razzak's Nation of Islam land in Trebol, Porto Lemon, Costa Rica said "the Government will use everything within its Power to get this land".

74. **Fact**: Andy Patrick Roberts, of PATRICK ROBERTS LAW GROUP is the (accommodation Party) that signed the FEDERA RESERVE NOTE created in myself SECURED PARTY name without myself's consent or assent for FEDERAL TAX LIEN NOTE number: e104610 issued by Susan Frye, Clerk of Superior Court Division on 09/13/2013 at 9:44:54 AM.

75. **Fact**: Andy Patrick Roberts is a member of the BAR and a Federal Government agent admitted to the U.S. SUPREME COURT.

76. **Fact**: Samuel I. Randell, Jr. IV is a specialist in Philophy and Religion and a Federal agent admitted to the U.S. SUPREME COURT.

77. **Fact**: All of the above actions of Reference and Regarding were Transmitted through the Internet and computers to Printers.

# TRUTH AFFIDAVIT

78. **Fact:** I am, He, Myself the living Perspicuous Evidence in custody secured, Plantiff, witness with the References, present against the transgressions beyond BOUNDARY by the actions of this world of Christian Democracy;

79. **Fact:** The Pope is the Head of The Roman Catholic Church, Papal Goverment Vatican City independent state in Rome, Italy. Under cannon Law.

80. **Fact:** Aline with the racketeering, blood-shedding Political Organizations and Corporation/CORPORATION with the Queen of London, England States, aline with the Presidents of the UNITED STATES GOVERNMENT CORPORATION and CO-CORPORATION OF STATES, CITIES, TOWNS, SCHOOLS DISTRICTS, nunc pro tunc.

## Claims/CLAIMS

UCC 1-3 (Accept for Value)

1. The Plantiffs Claims three times the Value of all real Properties land and chattel Property Claimed or owned by the UNITED STATES GOVERNMENT ORGANIZATIONS AND CORPORATIONS/CO-CORPORATIONS, AGENCIES, STATES, CITIES, TOWNS, AND SCHOOL DISTRICTS, of the Defendants.

2. The Plantiffs Claims three times the Value of all real Properties land and chattel Property Claimed or owned by the Queen of England of the UNITED KINGDOM OF GREAT BRITAIN AND NORTHERN IRELAND CORPORATIONS/CO-CORPORATIONS, STATES, CITIES, TOWNS, SCHOOL DISTRICTS, AGENCIES of the Defendents.

3. The Plantiffs claims three times the Value of all real Properties land and chattel Property Claimed or owned by the Pope of the PAPEL GOVERNMENT OF THE ROMAN CATHOLIC CHURCH, VATICAN CITY STATE, ROME, ITALY COROPORATIONS/CO-CORPORATIONS, STATES, CITIES, TOWNS, SCHOOL DISTRICTS, AGENCIES, of the Defendents.

Notice for the County clerk for the County of Forsyth, State of North Carolina and record court for original Jurisdiction, is notice for all.

This Class Action Suit was Prepared by Basir Razzak Muhammad.

Executed (Certified, verified, affirmed) This the 21st day June, 2017 _Basir Razzak Muhammad_

I declare under the Penalty of Perjury under the laws of the United states of America that the foregoing is true and correct, Without Prejudice, UCC 1-207.

BASIR R. MUHAMMAD, GRANTOR
SECURED PARTY SIGNATURE

_Basir Razzak Muhammad_
with the Power of Eseutre in Fact with the Autograph

12 of 12

_Basir Razzak Muhammad_

certified 7015 3430 0000 1916 0398

(ORIGINAL)

# Bill of Exchange

(a) INVOICE NUMBER: BRM 06142017
Bill of Exchange number: BRM 07223O
(b) POSTED CERTIFIED ACCOUNT NUMBER: 7015 3430 0000 1916 0398
(c) ACCOUNT NUMBER BRM 072230 / 01712366001    06142017  10:00
   BRM01712366001 / 1:16 CV 1042 / BRM01703596001   01192017  2:00
(d) DEBTOR: ROY COOPER, GOVERNOR, ET AL
LOCATION: NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY PRISONS
   NORTH CAROLINA INDUSTRIAL COMMISSION
   4219 Mail Service Center
   Raleigh, N.C.    near [27699]
DEBTOR: JOHN A HERRING, ADMINISTRATOR, ET AL
LOCATION: LANESBORO CORRECTIONAL INSTITUTION # 4865
   552 Prison Camp Road / PO Box 280, Polkton, NC [28135]
   Polkton, N.C.    near [28149]
DEBTOR: JACK CLELLAND, ADMINISTRATOR, ET AL
LOCATION: ALBEMARLE CORRECTIONAL INSTITUTION # 4580
   44150 Airport Road / P.O. Box 460, Baden, N.C. 28009
   New London, N.C.    near [28127]

(e) VALUE OF BILL: $105,005,000,000.00 ONE HUNDRED FIVE BILLION, FIVE MILLION DOLLARS against each Respondent/RESPONDENT, Defendant/DEFENDANT, officially, jointly, severally - OFFICIALLY, JOINTLY, SEVERALLY. A SUM TOTAL OF: $4,725,225,000,000.00 FOUR TRILLION, SEVEN HUNDRED TWENTY-FIVE BILLION, TWO HUNDRED TWENTY-FIVE MILLION DOLLARS.

(f) Creditor/GRANTOR:
   BASIR R. MUHAMMAD    This Bill was prepared by Basir Razzak Muhammad.
   SECURED PARTY SIGNATURE
   This, the 26th day of June, 2017, (Affirm)   _Basir Razzak Muhammad_
   the Power of Esquire in fact, servant, with the Autograph

1 of 1

Basir Razzak Muhammad